ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| ASHFORD RJF, INC.<br><br>Recurridos<br><br><br>V.<br><br><br>JOSÉ ALFONSO RAMÍREZ DE ARELLANO, su esposa MAYRA TERESA CARLO y la Sociedad Legal de Bienes Gananciales constituida entre ellos<br><br>Peticionarios | KLCE202400288 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Civil Núm.:<br><br>SJ2023CV00551<br><br>Salón de Sesiones: 603<br><br><br>Sobre:<br><br>Cobro de Dinero |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente.

# RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de marzo de 2024.

Comparece ante nos el Sr. José Alfonso Ramírez de Arellano, Mayra Teresa Carlo, y la Sociedad Legal de Bienes Gananciales constituida entre ellos (Peticionarios) y solicitan que revoquemos una *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan (TPI o foro primario) el 7 de enero de 2024, notificada al día siguiente. Mediante el referido dictamen, el TPI declaró No Ha Lugar una *Moción de Desestimación por Falta de Parte Indispensable*.

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la decisión recurrida. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición

de un recurso discrecional,[1] abundamos sobre las bases de nuestra decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el TPI actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[2] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[3]

Basado en lo anterior, *denegamos* la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] 32 LPRA Ap. V, R. 52.1.
[2] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[3] 4 LPRA Ap. XXII-B, R. 40.